UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
IAN INGRAM,

                Plaintiff,                              **MEMORANDUM AND**
-against-                                            **ORDER**

GEORGICA PROPERTY MANAGEMENT        23-CV-01500 (SIL)
LLC,

                Defendant.
----------------------------------------------------------------X

**STEVEN I. LOCKE, United States Magistrate Judge:**

On December 7, 2023, in this wage and hour action brought pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the New York Labor Law ("NYLL"), N.Y. Lab. Law § 190 *et seq.*, Plaintiff Ian Ingram, with consent of Defendant Georgica Property Management LLC, submitted a motion seeking approval of a Settlement Agreement and Release (the "Settlement Agreement").[1] *See* DE [16]. On January 10, 2024, the parties appeared before this Court for a fairness hearing pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). *See* DE [19].

Having reviewed the submissions in support of the Plaintiff's application and considered the parties' presentations at oral argument, the Court finds that the Settlement Agreement's terms are fair and reasonable. *See Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (requiring that a district court scrutinize an FLSA settlement agreement to determine that it is fair and reasonable).

---

[1] This action has been assigned to this Court for all purposes pursuant to 28 U.S.C. § 636(c). *See* Consent to Jurisdiction, Docket Entry ("DE") [21].

Accordingly, the Settlement Agreement is approved, and the Clerk of the Court is directed to close this case.

Dated:     Central Islip, New York     **SO ORDERED.**
           January 12, 2024

                                                      <u>/s/ Steven I. Locke</u>
                                                      STEVEN I. LOCKE
                                                      United States Magistrate Judge